AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 23-SW-252 | Date and time warrant executed: 5-30-2023 @ 342 pm | Copy of warrant and inventory left with: AT&T |
|---|---|---|

Inventory made in the presence of:
Digitally submitted by AT&T

Inventory of the property taken and name(s) of any person(s) seized:
Cellular data - CDR records

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-5-2023

_____
Executing officer's signature

TFO April Moseley
_____
Printed name and title